The People of the State of New York, Respondent,
against
Feliz Porrata, Defendant-Appellant.



In consolidated appeals, defendant appeals from (1) a judgment of the Criminal Court of the City of New York, New York County (Neil E. Ross, J.), rendered March 18, 2013, convicting him, upon a plea of guilty, of forcible touching, and imposing sentence, and (2) an order of the same court (Robert M. Mandelbaum, J.), entered April 18, 2013, which, after a hearing, designated him a level three sex offender pursuant to the Sex Offender Registration Act. Per Curiam.




Order (Robert M. Mandelbaum, J.), entered April 18, 2013, affirmed. Appeal from judgment of conviction (Neil E. Ross, J.), rendered March 18, 2013, dismissed as abandoned.
Defendant's 2001 New Jersey felony conviction of endangering the welfare of a child (see N.J. Stat Ann § 2C: 24-4[a][1]), which required him to register as a sex offender in that State (see N.J. Stat Ann § 2C:7-2[b][2]), automatically resulted in an override to risk level three (see Correction Law 168-a[2][d][ii]; Matter of North v Board of Examiners of Sex Offenders of State of NY, 8 NY3d 745, 748-749 [2007]; People v Mann, 52 AD3d 884, 885 [2008]; SORA Risk Assessment Guidelines and Commentary, Guidelines at Factor 9; cf. People v Diaz, __ NY3d __, 2018 NY Slip Op 08424 [2018]). Accordingly, defendant qualifies as a level three offender independently of any point assessments (see People v Fair, 129 AD3d 617, 617 [2015], lv denied 26 NY3d 910 [2015]). 
We have reviewed defendant's remaining arguments and find them to be without merit. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: January 16, 2019